Elizabeth A. Skane, Esq. (Bar #7181)
eskane@skanemills.com
Elizabeth C. Spaur, Esq. (Bar #10446)
espaur@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendant, WAL-MART STORES INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ACELI SOTO, | CASE NO.: 2:17-cv-02878-RFB-NJK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST WAL-MART STORES INC., WITH PREJUDICE |
| WAL-MART STORES INC., a Delaware Corporation; DOES 1 through 100, inclusive; and ROE ENTITIES A through Z, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, ACELI SOTO ("Plaintiff"), by and through her counsel of record, Jared B. Anderson, Esq. of INJURY LAWYERS OF NEVADA, and Defendant WAL-MART STORES INC., by and through its counsel of record, Elizabeth A. Skane, Esq. and Elizabeth C. Spaur of SKANE MILLS LLP, that the Complaint filed by Plaintiff ACELI SOTO against Defendant WAL-MART STORES INC. and any amendments thereafter, are hereby dismissed with prejudice against WAL-MART STORES INC. Each party to bear their own attorneys' fees and costs.

///

///

///

1  **IT IS SO STIPULATED.**

2

3  DATED this 8th day of September, 2022.       DATED this 14 day of September, 2022.

4  INJURY LAWYERS OF NEVADA                      SKANE MILLS LLP

5  /s/                                            /s/   *Sarai L. Thornton*

6  By:_____            By:_____

7  Jared B. Anders, Esq. (Bar #9747)              Elizabeth C. Spaur, Esq. (Bar #10446)
   jared@injurylawyersnv.com                      espaur@skanemills.com
8  4001 Meadow Lane                               1120 Town Center Drive, Suite 200
   Las Vegas, Nevada  89107                       Las Vegas, Nevada  89144
9

10 *Attorney for Plaintiff,*                      *Attorneys for,*
   ACELI SOTO                                     WAL-MART STORES INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 ///

28 ///

2

## ORDER

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, ACELI SOTO, against Defendant WAL-MART STORES INC., in the above-captioned matter, United States District Court, Case No. 2:17-cv-02878-RFB-NJK, including all claims alleged therein, are hereby dismissed with prejudice as to Defendant WAL-MART STORES INC. Each party to bear its own attorneys' fees and costs.

_____
**RICHARD E. BOULWARE, II**
**United States District Court**

DATED this 15th day of September, 2022.

Respectfully submitted by:

SKANE MILLS LLP

By: /s/ *Sarai L. Thornton*
_____
Elizabeth A. Skane, Esq. (Bar # 7181)
eskane@skanemills.com
Elizabeth C. Spaur, Esq. (Bar #10446)
espaur@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
T: (702) 363-2535

*Attorneys for Defendant,*
WAL-MART STORES INC.